**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **George** First Name | **W.** Middle Name | **Schwan** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 3:17-bk-00912

■ Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................. $ **22,225.88**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ **22,225.88**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **11,965.39**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **234,146.85**

   **Your total liabilities** $ **246,112.24**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................. $ **7,858.46**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................................................... $ **6,493.66**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| | |
|---|---|
| Debtor 1  **George W. Schwan** | Case number *(if known)* **3:17-bk-00912** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1    **George W. Schwan**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    3:17-bk-00912

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1   Make:    **Polaris**            Who has an interest in the property? Check one
         Model:   **Breeze**             ☐ Debtor 1 only
         Year:    **2010**               ☐ Debtor 2 only
         Approximate mileage:            ☐ Debtor 1 and Debtor 2 only
         Other information:              ■ At least one of the debtors and another

         Golf Cart. Owned tenants by the entireties. See attached appraisal.
                                         ☐ Check if this is community property
                                              (see instructions)

         Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

         Current value of the entire property?    Current value of the portion you own?

         $3,000.00                                $3,000.00

   3.2   Make:    **Yamaha**             Who has an interest in the property? Check one
         Model:                          ☐ Debtor 1 only
         Year:    **2009**               ☐ Debtor 2 only
         Approximate mileage:            ☐ Debtor 1 and Debtor 2 only
         Other information:              ■ At least one of the debtors and another

         Golf Cart. Owned tenants by the entiretires. See attached appraisal.
         ADDED
                                         ☐ Check if this is community property
                                              (see instructions)

         Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

         Current value of the entire property?    Current value of the portion you own?

         $2,200.00                                $2,200.00

| Debtor 1 | George W. Schwan | Case number *(if known)* | 3:17-bk-00912 |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1  Make: **Hurricane**
   Model:
   Year: **2006**
   Other information:
   **196 rf Fundeck boat with motor and trailer**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$6,800.00**
   Current value of the portion you own?  **$6,800.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$12,000.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   **Miscellaneous household goods and furnishings.  Owned tenants by the entireties.  See attached appraisal.**   $4,560.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   **Miscellaneous TVs, cell phones, and computer.  Owned tenants by the entireties.  See attached appraisal.**   $805.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

   **Golf clubs, bag and universal weight machine.  See attached appraisal.**   $100.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

| Debtor 1 | **George W. Schwan** | Case number *(if known)* | **3:17-bk-00912** |
|---|---|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| **Various mens clothing and personal items.   See attached appraisal.** | **$75.00** |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| **Watch and wedding ring.  See attached appraisal.** | **$60.00** |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes. Give specific information.....

| **Home-made utility trailer - owened tenants by the entireties.  See attached appraisal.** | **$400.00** |
|---|---|

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................** | **$6,000.00** |

| Part 4: | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes............................................................................................................

|  | **Cash** | **$21.00** |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................   Institution name:

| 17.1 | **Savings** | **Wells Fargo #2042.** | **$157.03** |
|---|---|---|---|
| 17.2 | **Checking** | **Wells Fargo #5421** | **$753.29** |
| 17.3 | **Checking** | **Wells Fargo #8327 DELETE** | **$712.50** |

| Debtor 1 | George W. Schwan | Case number *(if known)* | 3:17-bk-00912 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.4. | Social Security Direct Deposit Debit Account | Direct Express #3014 | $482.06 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                                      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:        Institution name:

    | **Pension** | **Pension with Glenworth Life Insurance** | **Unknown** |
    |---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                             **Current value of the portion you own?** Do not deduct secured claims or exemptions.

| Debtor 1 | George W. Schwan | Case number *(if known)* | 3:17-bk-00912 |

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Tax refund for 2016. Owned tenants by the entireties. | Federal | $1,700.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| The Debtor is the primary beneficiary of his wife's term life insurance policy | | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................** | $3,825.88 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Debtor 1 | **George W. Schwan** | Case number *(if known)* | **3:17-bk-00912** |
|---|---|---|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| **Equipment trailer.  Owned tenants by the entireties.  See attached appraisal.** | **$400.00** |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... **$400.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | | | **$0.00** |
|---|---|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $12,000.00 | | | |
| 57. | **Part 3: Total personal and household items, line 15** | $6,000.00 | | | |
| 58. | **Part 4: Total financial assets, line 36** | $3,825.88 | | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | | |
| 61. | **Part 7: Total other property not listed, line 54** | + | $400.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $22,225.88 | Copy personal property total | | $22,225.88 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | | $22,225.88 |

Robert Bonnell  
P. O. Box 10337  
Brooksville, FL 34603  
(813) 493-1380

March 27, 2017

George Schwann  
1823 Bardsdale Dr.  
The Villages, FL 32162

Re: Appraisal of property located at 1823 Barksdale Dr.

Dear Mr. Schwann:
::
    Pursuant to your request for an appraisal of the above property be advised that I have completed my investigation of the property as noted or reported.

    In my opinion as of the date of examination, March 21, 2016 the ESTIMATED FAIR MARKET VALUE was:

Exclusive of golf carts:  
SIX THOUSAND DOLLARS  
($6,000.00)

    Please review the rest of my report in detail and should there be any question regarding any part thereof, do not hesitate to call me.

Respectfully Submitted,

*[signature]*

Robert Bonnell

## DESCRIPTION OF PROPERTY

| | |
|---|---:|
| 2009 Yamaha golf cart, good condition | 2,200.00 |
| 2010 Polaris Breeze golf cart, good condition | 3,000.00 |

4. Trailers:

| | |
|---|---:|
| 5' X 12' Single axle equipment trailer | 400.00 |

6. Household goods and furnishings:

| | |
|---|---:|
| Kitchen trash can | 10.00 |
| Bar table and 4 stools | 150.00 |
| Whirlpool stainless refrigerator | 450.00 |
| 2 Wood bar stools | 50.00 |
| Kitchenware, pots, pans and dishes | 25.00 |
| Whirlpool range | 150.00 |
| Whirlpool dishwasher | 100.00 |
| LG washer and dryer | 400.00 |
| Sofa and loveseat | 300.00 |
| 2 end tables | 30.00 |
| 2 Table lamps | 20.00 |
| Table and 6 chairs | 120.00 |
| Recliner | 50.00 |
| Floor lamp | 10.00 |
| Area rug 5' X 8' | 10.00 |
| Faux fireplace | 60.00 |
| Clawfoot bench | 20.00 |
| Wine cabinet | 75.00 |
| Side tabgle | 30.00 |
| 2 Apple Ipads | 400.00 |
| Sunset print | 50.00 |
| Mirror | 40.00 |
| Round floor rug | 15.00 |
| Beach print | 25.00 |
| Hall table | 30.00 |
| Queen bed and bedding | 200.00 |
| Slant book shelf | 10.00 |
| Table lamp | 10.00 |
| Night table | 10.00 |
| European style chest | 30.00 |
| Upholstered chair | 15.00 |
| Swan print | 20.00 |
| Bookcase | 10.00 |
| Secretarial desk and shelving | 60.00 |
| Secretarial chair | 25.00 |
| Thomas Kinkaid print | 40.00 |
| Wicker basket stand | 15.00 |

## DESCRIPTION OF PROPERTY

| | |
|---|---:|
| 3 Cushion sofa | 75.00 |
| Pendulum clock | 20.00 |
| Patio table and 4 chairs | 75.00 |
| Patio glider | 75.00 |
| Bar table and 2 stools | 60.00 |
| 2 Patio chairs | 40.00 |
| 9' X 12' Area rug | 40.00 |
| Patio heater | 20.00 |
| Dry bar | 40.00 |
| 5' X 7' Area rug | 10.00 |
| Artificial tree | 10.00 |
| King bed and bedding | 250.00 |
| 2 Night tables | 50.00 |
| 2 Table lamps | 30.00 |
| Bureau and mirror | 150.00 |
| Armoire | 75.00 |
| Upholstered chair | 25.00 |
| 2 Table lamps | 30.00 |
| Valet mirror | 20.00 |
| Whirlpool refrigerator | 100.00 |
| 2 Door cabinet | 40.00 |
| 2 Particleboard cabinets | 50.00 |
| Ridgid shop vacuum | 25.00 |
| Hand truck | 10.00 |
| Electric pressure washer | 60.00 |
| Assorted hand tools | 75.00 |
| Work bench/cabinet | 40.00 |
| Sub total: $4,560.00 | |

7. Electronics:

| | |
|---|---:|
| Sharp 60" flat panel television | 400.00 |
| Sony DVD player | 20.00 |
| Panasonic 20" flat panel television | 60.00 |
| Lenoveu Computer with 20" monitor | 200.00 |
| Office Jet 4650 printer | 25.00 |
| Insignia 37" flat panel television | 100.00 |
| Sub total: $805.00 | |

9. Sporting goods

| | |
|---|---:|
| Universal weight machine | 50.00 |
| Golf clubs and bag | 50.00 |
| 11. Wearing apparel: | 75.00 |
| 12. Costume jewelry | 60.00 |

_Mar 27 2017_
DATE

_[signature]_
ROBERT BONNELL, Appraiser

Page 2

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **George W. Schwan** | |
| | First Name       Middle Name       Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name       Middle Name       Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number | 3:17-bk-00912 | |
| (if known) | | ■ Check if this is an amended filing |

# Official Form 106C
## Schedule C: The Property You Claim as Exempt      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Polaris Breeze Golf Cart.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **2010 Polaris Breeze Golf Cart.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| **2009 Yamaha Golf Cart.  Owned tenants by the entiretires.  See attached appraisal. ADDED**<br>Line from *Schedule A/B*: **3.2** | $2,200.00 | ■ $2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Miscellaneous household goods and furnishings.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **6.1** | $4,560.00 | ■ $4,560.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **Miscellaneous TVs, cell phones, and computer.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **7.1** | $805.00 | ■ $805.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

| Debtor 1 | **George W. Schwan** | | Case number (if known) | **3:17-bk-00912** |
|---|---|---|---|---|
| | **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br><br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
| | **Golf clubs, bag and universal weight machine.  See attached appraisal.** <br> Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | **Various mens clothing and personal items.  See attached appraisal.** <br> Line from *Schedule A/B*: **11.1** | $75.00 | ■ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | **Watch and wedding ring.  See attached appraisal.** <br> Line from *Schedule A/B*: **12.1** | $60.00 | ■ $60.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | **Home-made utility trailer - owened tenants by the entireties.  See attached appraisal.** <br> Line from *Schedule A/B*: **14.1** | $400.00 | ■ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| | **Cash** <br> Line from *Schedule A/B*: **16.1** | $21.00 | ■ $21.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.11(2)(a)** |
| | **Cash** <br> Line from *Schedule A/B*: **16.1** | $21.00 | ■ $21.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| | **Savings: Wells Fargo #2042.** <br> Line from *Schedule A/B*: **17.1** | $157.03 | ■ $157.03 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | **Savings: Wells Fargo #2042.** <br> Line from *Schedule A/B*: **17.1** | $157.03 | ■ $157.03 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| | **Checking: Wells Fargo #5421** <br> Line from *Schedule A/B*: **17.2** | $753.29 | ■ $607.97 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. art. X, § 4(a)(2)** |
| | **Checking: Wells Fargo #5421** <br> Line from *Schedule A/B*: **17.2** | $753.29 | ■ $145.32 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.25(4)** |
| | **Social Security Direct Deposit Debit Account: Direct Express #3014** <br> Line from *Schedule A/B*: **17.4** | $482.06 | ■ $482.06 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.201;  11 U.S.C. § 522(d)(10)(A)** |
| | **Pension: Pension with Glenworth Life Insurance** <br> Line from *Schedule A/B*: **21.1** | Unknown | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.21(1)** |

Official Form 106C     **Schedule C: The Property You Claim as Exempt**     page 2 of 3

| Debtor 1 | George W. Schwan | | Case number (if known) | **3:17-bk-00912** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Federal: Tax refund for 2016.  Owned tenants by the entireties.**<br>Line from *Schedule A/B*: **28.1** | **$1,700.00** | ■ | $1,700.00 | **11 U.S.C. § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **The Debtor is the primary beneficiary of his wife's term life insurance policy**<br>Line from *Schedule A/B*: **31.1** | **Unknown** | ■ | $0.00 | **Fla. Stat. Ann. § 222.13** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Equipment trailer.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **53.1** | **$400.00** | ■ | $400.00 | **11 U.S.C. § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Equipment trailer.  Owned tenants by the entireties.  See attached appraisal.**<br>Line from *Schedule A/B*: **53.1** | **$400.00** | ■ | $400.00 | **Fla. Stat. Ann. § 222.25(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | George W. | | Schwan |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number  3:17-bk-00912
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ George W. Schwan                              X _____
George W. Schwan                                    Signature of Debtor 2
Signature of Debtor 1

Date  April 6, 2017                                 Date _____

Official Form 106Dec     Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy