**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

GEORGE W. SCHWAN,                              Case No.: 3:17-bk-00912-JAF

      Debtor.                                              Chapter 7
_____/

**TRUSTEE'S WITNESS LIST**

Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, hereby submits the following as his witness list for the trial on the following: (i) Creditor Linda Diamond's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(a) (Doc. 27); (ii) Debtor's Response in Opposition to Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C § 707(a) (Doc. 30); and (iii) Trustee's Response in Opposition to Creditor Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a) (Doc. 32), scheduled for January 11, 2018, at 10:00 a.m.:

**WITNESSES**

The Trustee may call the following witnesses:

1. Himself.

2. The Debtor.

3. Linda Diamond.

4. Representative(s) of Diamond Neon Supply Company.

5. Any person identified through discovery having information relevant to the issues before the Court.

6. Any witness called by the Debtor.

7. Rebuttal witnesses for any witness called by the Debtor.

8. Any witness called by Linda Diamond.

42949188;1

9. Rebuttal witnesses for any witness called by Linda Diamond.

10. Any witness called by Diamond Neon Supply Company.

11. Rebuttal witnesses for any witness called by Diamond Neon Supply Company.

The Trustee reserves the right to supplement and amend this witness list.

Dated:  September 27, 2017

AKERMAN LLP

By:/s/ *Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No.: 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL  32202
    Telephone:  (904) 798-3700
    Facsimile:  (904) 798-3730

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 27th day of September, 2017 to:

| | |
|---|---|
| George W. Schwan<br>1823 Barksdale Drive<br>The Villages, FL 32162-7007 | David S. Jennis, Esq.<br>Eric D. Jacobs, Esq.<br>Jennis Law Firm<br>400 North Ashley Drive, Suite 2450<br>Tampa, FL 33602 |
| Aaron R. Cohen, Chapter 7 Trustee<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | United States Trustee - JAX 13/7<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801 |
| Christian W. Waugh, Esq.<br>13940 U.S. Hwy 441, Suite 906<br>The Villages, FL 32159 | |

                                                */s/ Jacob A. Brown*
                                                Attorney