UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GEORGE W. SCHWAN.,

        Debtor.
_____/

Chapter 7
Case No. 3:17-bk-00912-JAF

**DEBTOR'S WITNESS LIST**

George W. Schwan, (the "Debtor"), by counsel, and pursuant this Court's *Order Scheduling Trial* (Doc. No. 40) on (i) *Creditor, Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a)* (Doc. No. 27), filed by Linda Diamond ("Diamond"), (ii) *Debtor's Response in Opposition to Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a)* (Doc. No. 30), and (iii) *Trustee's Response in Opposition to Creditor, Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a)* (Doc. No. 32), filed by Aaron Cohen ("Trustee"), hereby provides the names of (a) the witnesses the Debtor expects to present and (b) the witnesses the Debtor may call if the need arises at the trial currently scheduled for January 11, 2018 at 10:00 a.m.. The addresses of such witnesses, if known, are also being provided.

    A. **Witnesses Expected to Present**

      1. George Schwan, 1823 Barksdale Drive, The Villages, FL 32162;

      2. Diane Schwan, 1823 Barksdale Drive, The Villages, FL 32162;

      3. Linda Diamond, c/o Christian W. Waugh, 13940 U.S. Highway 441, Suite 906, The Villages, FL 32159;

      4. Aaron R. Cohen, c/o Jacob A. Brown, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202.

B. **Witnesses That May Be Called if Need Arises:**

1. Other witnesses identified through the discovery process;

2. Any witnesses identified or listed by Diamond, to the extent that the Debtor does not object to the testimony of such witnesses;

3. Any witnesses identified or listed by the Trustee, to the extent that the Debtor does not object to the testimony of such witnesses;

4. Rebuttal witnesses as needed.

The Debtor reserves the right to amend and supplement this witness list.

Dated this 27th day of September, 2017.

/s/ Eric D. Jacobs
David S. Jennis
Florida Bar No. 775940
Eric D. Jacobs
Florida Bar No. 85992
**Jennis Law Firm**
606 East Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
Facsimile: (813) 229-1707
Email: ejacobs@jennislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished cm/ecf to: **Linda Diamond,** c/o Christian W. Waugh, 13940 U.S. Highway 441, Suite 906, The Villages, FL 32159; **Aaron R. Cohen**, PO Box 4218, Jacksonville, FL  32201; **United States Trustee's Office**, George C. Young Federal Building 400, West Washington Street, Suite 1100, Orlando, FL 32801; **Jacob A. Brown**, Akerman, LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; and to those creditors and parties in interest who receive service via CM/ECF in the ordinary course of business on this 27th day of September, 2017.

/s/ Eric Jacobs
Eric Jacobs