### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

GEORGE W. SCHWAN,                                    Case No.: 3:17-bk-00912-JAF

                 Debtor.                              Chapter 7
_____/

**TRUSTEE'S RESPONSE IN OPPOSITION TO CREDITOR LINDA DIAMOND'S**
**MOTION FOR RECONSIDERATION OF ORDER GRANTING TRUSTEE'S**
**AMENDED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**
**BY AND AMONG TRUSTEE, DEBTOR, DIANE SCHWAN, GALE DEEM,**
**THE DIANE L. SCHWAN TRUST AND RIGHT TIME INVESTMENTS, LLC**

Aaron R. Cohen, as Chapter 7 Trustee (the "Trustee"), by and through undersigned

counsel, files his Response (this "Response") in Opposition to the Motion for Reconsideration

(the "Motion for Reconsideration") (Doc. 46) of the Order Granting Trustee's Amended Motion

for Approval of Settlement Agreement (the "Settlement Motion") by and among Trustee, Debtor,

Diane Schwan, Gale Deem, The Diane L. Schwan Trust and Right Time Investments LLC (the

"Order Approving Settlement") (Doc. 44) filed by creditor Linda Diamond ("Diamond").   In

support of this Response, the Trustee would say:

1.      On September 5, 2017, the Trustee filed the Settlement Motion (Doc. 38), seeking

approval of the Settlement Agreement described therein (the "Settlement Agreement") pursuant

to Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 2002-4.

2.      As set forth clearly in the negative notice legend on the first page of the

Settlement Motion, interested parties had 21 days to file any response to the Settlement Motion,

plus an additional three days if the party received service of the Settlement Motion by mail.

3.       Diamond's counsel, Christian Waugh ("Mr. Waugh"), received electronic service of the Settlement Motion.  Accordingly, September 26, 2017 was the deadline for Diamond to file any response to the Settlement Motion (the "Response Deadline").

4.       Mr. Waugh filed the Motion for Reconsideration and an Objection (Doc. 45) to the Settlement Motion on October 4, 2017, eight days after the Response Deadline.

5.       Through the Motion for Reconsideration, Mr. Waugh argues the Court should set aside the Order Approving Settlement for Mr. Waugh's excusable neglect, and particularly that he miscalculated and miscalendared the Response Deadline, and confused it with a deadline in another case.

6.       Diamond and Mr. Waugh rely on Federal Rule of Bankruptcy Procedure 9024, made applicable hereto by Federal Rule of Civil Procedure 60, which provides in relevant part that "a court may relief a party … from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect … or (6) any other reason justifying relief from operation of the judgment."

7.       The Motion for Reconsideration fails to set forth sufficient basis to justify amendment or setting aside of the Order Approving Settlement under Rule 9024 or other applicable law, and should be denied.

8.       The Eleventh Circuit has made clear that an attorney's failure to meet a deadline does not constitute excusable neglect.  *See Advanced Estimating System, Inc. v. Riney*, 130 F.3d 996, 998 (11th Cir. 1997), citing *Cavaliere v. Allstate Ins. Co.*, 996 F.2d 1111, 1115 (11th Cir. 1993) (attorney error based on a misunderstanding of the law is an insufficient basis for excusing a failure to comply with a deadline); *see also Committee v. Yost,* 92 F.3d 814, 825 (9th Cir. 1996) (ignorance of procedural rule not excusable neglect); *United States v. Clark,* 51 F.3d 42

(5th Cir. 1995) (dicta) (incorrect application of rules in calculating time to file appeal might not be excusable neglect).

9.     The Eleventh Circuit further explained that "If it could, almost every appellant's lawyer would plead his own inability to understand the law when he fails to comply with a deadline. We do not believe that the Court intended a practice that would require courts to be that lenient about disobedience to plain law." *Advanced Estimating System*, 130 F.3d at 999.

10.     That Waugh believed the deadline was the same as a deadline for another pending case in a different court is misleading, since the other motion was filed on September 20, 2017, more than two weeks after the Trustee filed the Settlement Motion.  The docket in the other case is attached hereto and incorporated herein as **Exhibit A**.  There would appear to be no reason Waugh would have believed the deadlines were the same.

11.     The Trustee's Memorandum (the "Memorandum") in Support of the Settlement Motion and the Trustee's Response in Opposition to Creditor Linda Diamond's Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a) (Doc. 32) are incorporated by reference herein.  As set forth in the Memorandum, the Settlement Agreement does not seek to deny Diamond's right to seek dismissal or the Bankruptcy Case, nor does it seek to impact in any away her claims in the Discharge Action, though the Trustee opposes the relief sought by both pleadings.

WHEREFORE, Aaron R. Cohen, as Chapter 7 Trustee, respectfully requests the Court enter an Order (i) denying the Motion for Reconsideration, and (ii) granting such other and further relief as the Court deems just and proper.

Dated:  October 11, 2017

AKERMAN LLP

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No.: 0068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL  32202
    Telephone:  (904) 798-3700
    Facsimile:  (904) 798-3730

    Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 11th day of October, 2017 to:

George W. Schwan
1823 Barksdale Drive
The Villages, FL 32162-7007

David S. Jennis, Esq.
Eric D. Jacobs, Esq.
Jennis Law Firm
400 North Ashley Drive, Suite 2450
Tampa, FL 33602

Aaron R. Cohen, Chapter 7 Trustee
P.O. Box 4218
Jacksonville, FL 32201-4218

United States Trustee - JAX 13/7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Diane Schwan
1823 Barksdale Drive
The Villages, FL 32162-7007

The Diane L. Schwan Trust
1823 Barksdale Drive
The Villages, FL 32162-7007

Gale Deem
c/o Jennifer Rey
Hogan Law Firm
20 S. Broad St.
Post Office Box 485
Brooksville, FL 34605

Right Time Investments, LLC
c/o its Registered Agent, Tiffaney Sterling
5732 NW 16th St. #35
Lauderhill, FL 33313

Christian W. Waugh, Esq.
13940 U.S. Hwy 441, Suite 906
The Villages, FL 32159

and to all parties on the attached mailing matrix.

/s/ Jacob A. Brown
Attorney

43020860;2

Label Matrix for local noticing
113A-3
Case 3:17-bk-00912-JAF
Middle District of Florida
Jacksonville
Wed Oct 11 15:47:00 EDT 2017

ACAR LEASING LTD., d/b/a GM Financial Leasin
c/o KELLEY KRONENBERG ATTORNEYS AT LAW
c/o David Hicks
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

Linda Diamond
c/o Waugh Law, P.A.
13940 US Hwy 441
SUITE 906
THE VILLAGES, FL 32159-8954

George W. Schwan
1823 Barksdale Drive
The Villages, FL 32162-7007

Bank of America
FL9-600-02-26
PO Box 45224
Jacksonville, FL 32232-5224

Chistian W. Waugh
Waugh Law, PA
13940 US Highway 441
Suite 906
Lady Lake, FL 32159-8954

Estate of Benjamin Diamond
c/o Christian W. Waugh
Waugh Law, P.A.
13940 US Higway 441, Ste 906
Lady Lake, FL 32159-8954

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GM Finanical Leasing
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738

Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179-0328

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

Sam's Club/ Synchrony Bank
PO Box 530942
Atlanta, GA 30353-0942

Shell
PO Box 6406
Sioux Falls, SD 57117-6406

Sumter County Tax Collector
209 North Florida Street
Bushnell FL 33513-6146

The Hogan Law Firm
20 South Broad Street
Brooksville, FL 34601-2829

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL 33602-4774

United States Attorney
Department of Justice
950 Pennslyvania Avenue NW
Washington, DC 20530-0001

Verizon Wireless
PO Box 4001
Acworth, GA 30101-9002

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
PO Box 77053
Minneapolis, MN 55480-7753

Aaron R. Cohen +
P.O. Box 4218
Jacksonville, FL 32201-4218

Jacob A. Brown +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

David E Hicks +
Kelley Kronenberg, Attorneys at Law
1511 N. Westshore Blvd., Suite 400
Tampa, FL 33607-4596

United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

David S Jennis +
Jennis Law Firm
606 East Madison Street
Tampa, FL 33602-4029

Eric D Jacobs +
Jennis Law Firm
606 East Madison Street
Tampa, FL 33602-4029

Christian W Waugh +
Waugh Law, P.A.
13940 US Highway 441, Suite 906
The Villages, FL 32159-8954

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk                        End of Label Matrix
Jacksonville                           Mailable recipients    29
                                       Bypassed recipients     1
                                       Total                  30

MEDREQ,REF_EVENTS ONLY (NEFs),SMM

# U.S. District Court
## Southern District of Florida (Ft Pierce)
## CIVIL DOCKET FOR CASE #: 2:17-cv-14296-DMM

C&C Title Services, LLC v. KeyBank N.A.                    Date Filed: 08/18/2017
Assigned to: Judge Donald M. Middlebrooks                  Jury Demand: Plaintiff
Referred to: Magistrate Judge Shaniek M. Maynard           Nature of Suit: 370 Other Fraud
Cause: 28:1332 Diversity-Tort/Non-Motor Vehicle            Jurisdiction: Diversity

**Plaintiff**

**C&C Title Services, LLC**                represented by    **Christian W Waugh**
                                                            WAUGH LAW, P.A.
                                                            13940 US Hwy 441
                                                            Suite 906
                                                            The Villages, FL 32159
                                                            352-750-0325
                                                            Fax: 352-750-9522
                                                            Email: cwaugh@waughpa.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**KeyBank N.A.**                          represented by    **Krista Anne Sivick**
                                                            Baker Hostetler LLP
                                                            200 South Orange Ave
                                                            SunTrust Building
                                                            Suite 2300
                                                            Orlando, FL 32801
                                                            (407) 540-7941
                                                            Fax: (407) 841-0168
                                                            Email: ksivick@bakerlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/18/2017 | 1 | COMPLAINT against KeyBank N.A.. Filing fees $ 400.00 receipt number 113C-9985146, filed by C&C Title Services, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Waugh, Christian) (Entered: 08/18/2017) |
| 08/18/2017 | 2 | Clerks Notice of Judge Assignment to Judge Donald M. Middlebrooks. |

**Exhibit A**

| | | |
|---|---|---|
| | | Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Shaniek M. Maynard is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (mc) (Entered: 08/21/2017) |
| 08/21/2017 | 3 | Summons Issued as to KeyBank N.A. (mc) (Entered: 08/21/2017) |
| 08/22/2017 | 4 | ENDORSED ORDER. Plaintiff alleges this Court has jurisdiction over this case based on diversity. However, the allegations fail to plead diversity. See Travaglio v. Am. Exp. Co, 735 F.3d 1266, 1268 (11th Cir. 2013) (When a plaintiff files suit in federal court, she must allege facts that, if true, show federal subject matter jurisdiction over her case exists.). Specifically, the party asserting diversity must prove the citizenships of all the members of the limited liability company. Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C, 374 F.3d 1020, 1022 (11th Cir. 2004). Plaintiff shall file an amended complaint by August 24, 2017 correcting the diversity allegations or file a notice of dismissal by that date. Signed by Judge Donald M. Middlebrooks on 8/22/2017. (kcr) (Entered: 08/22/2017) |
| 08/22/2017 | 5 | First AMENDED COMPLAINT against All Defendants, filed by C&C Title Services, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Waugh, Christian) Modified text on 8/23/2017 (mc). (Entered: 08/22/2017) |
| 09/13/2017 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline by C&C Title Services, LLC. All Defendants. (Waugh, Christian) (Entered: 09/13/2017) |
| 09/20/2017 | 7 | ORDER REFERRING CASE AND SETTING TRIAL DATE: (Jury Trial set for 5/14/2018 at 9:00 AM in the Fort Pierce Division before Judge Donald M. Middlebrooks. Calendar Call set for 5/9/2018 at 1:15 PM in the West Palm Beach Division before Judge Donald M. Middlebrooks. ORDER REFERRING CASE to Magistrate Judge Shaniek M. Maynard with receipt of notices for all filings in case. Signed by Judge Donald M. Middlebrooks on 9/20/2017. (lrz1) <br><br> **Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 09/20/2017) |
| 09/20/2017 | 8 | ANSWER and Affirmative Defenses to Complaint (*First Amended Complaint, DE 5*) by KeyBank N.A.. Attorney Krista Anne Sivick added to party KeyBank N.A.(pty:dft). (Sivick, Krista) (Entered: 09/20/2017) |
| 09/20/2017 | 9 | MOTION for Judgment on the Pleadings by KeyBank N.A.. (Sivick, Krista) (Entered: 09/20/2017) |
| 09/20/2017 | 10 | Corporate Disclosure Statement by KeyBank N.A. identifying Corporate Parent KeyCorp for KeyBank N.A. (Sivick, Krista) (Entered: 09/20/2017) |
| 09/21/2017 | 11 | SCHEDULING ORDER: Telephonic Scheduling Conference set for 10/10/2017 02:30 PM in Fort Pierce Division before Magistrate Judge Shaniek M. Maynard. -Joint Scheduling Report due by 10/5/2017 Signed by Magistrate Judge Shaniek M. Maynard on 9/21/2017. (cga) (Entered: 09/21/2017) |

**Exhibit A**

| 10/04/2017 | 12 | RESPONSE in Opposition re 9 MOTION for Judgment on the Pleadings filed by C&C Title Services, LLC. Replies due by 10/11/2017. (Waugh, Christian) (Entered: 10/04/2017) |
| 10/06/2017 | 13 | Joint SCHEDULING REPORT - **Rule 16.1** by KeyBank N.A. (Attachments: # 1 Text of Proposed Order)(Sivick, Krista) (Entered: 10/06/2017) |
| 10/10/2017 | 14 | ORDER SETTING PRE-TRIAL SCHEDULE AND ORDER REFERRING CASE TO MEDIATION: (Discovery due by 2/2/2018. Dispositive Motions due by 3/2/2018. ORDER REFERRING CASE to Mediation. Signed by Magistrate Judge Shaniek M. Maynard on 10/10/2017. (lrz1)<br><br>**Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 10/10/2017) |
| 10/10/2017 | 15 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Shaniek M. Maynard: Scheduling Conference held on 10/10/2017. Total time in court: 7 minutes. Attorney Appearance(s): Christian W Waugh, Krista Anne Sivick, Jim Slater, Esquire. Pretrial scheduling order to issue. (Digital 143652) (cga) (Entered: 10/10/2017) |

| **PACER Service Center** | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 10/11/2017 15:54:16 | | | | |
| **PACER Login:** | akermanjax:2600700:4681483 | **Client Code:** | 42774-326294 | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-14296-DMM | |
| **Billable Pages:** | 3 | **Cost:** | 0.30 | |

**Exhibit A**